UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER M. URGA,<br><br>Defendant. | Case No. CR16-318RSL<br><br>ORDER DENYING DEFENDANT'S MOTION TO COMPEL |

On January 7, 2021, defendant filed a motion to compel his former counsel, Lee Covell, to "turn over all Discovery" to Lauren Conner, who defendant identifies as his current counsel. Dkt. # 30. According to a previous filing by defendant, Dkt. # 28, as well as the Washington State Bar Association Legal Directory, Mr. Covell is no longer a practicing attorney.

The Court sentenced defendant on a conviction of Felon in Possession of a Firearm on May 12, 2017. Dkt. # 25. For this conviction, defendant was sentenced to serve thirty months consecutive to his sentence in CR05-198RSL and concurrent to a state court conviction. Defendant appears to be seeking discovery in the above-captioned matter for the purpose of defending against a new unrelated charge filed in King County Superior Court.

Discovery in federal criminal cases is generally governed by Rule 16 of the Federal Rules of Criminal Procedure, which does not authorize this Court to compel defendant's former counsel to provide any materials to defendant. Accordingly, the Court DENIES defendant's motion to compel.

IT IS SO ORDERED.

ORDER DENYING DEFENDANT'S
MOTION TO COMPEL - 1

1  DATED this 19th day of January, 2021.

2

3

4  *signature: Robert S. Lasnik*
   Robert S. Lasnik
5  United States District Judge

6

7

...

ORDER DENYING DEFENDANT'S
MOTION TO COMPEL - 2